1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Cathy L. Adams

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10
    CATHY L. ADAMS,                        ) Case No.: EDCV 11-1509-MAN
11                                         )
           Plaintiff,                      ) [PROPOSED] ORDER AWARDING
12                                         ) EQUAL ACCESS TO JUSTICE ACT
       vs.                                 ) ATTORNEY FEES AND EXPENSES
13                                         ) PURSUANT TO 28 U.S.C. § 2412(d)
    MICHAEL J. ASTRUE,                     ) AND COSTS PURSUANT TO 28
14  Commissioner of Social Security,       ) U.S.C. § 1920
                                           )
15         Defendant                       )
                                           )
16  _____ )

17
         Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses ("Stipulation"):
19
         IT IS ORDERED that fees and expenses in the amount of $3,500.00 as
20
    authorized by 28 U.S.C. § 2412 shall be awarded subject to the terms of the
21
    Stipulation.
22
    DATE:  October 26, 2012
23
                                    _____
24                                      MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-